IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MCOM IP, LLC, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. 2:23-CV-00408-JRG |
| | § |
| SOFI TECHNOLOGIES, INC., d/b/a SOFI BANK, N.A., | § |
| | § |
| Defendant. | § |

# ORDER

Before the Court is the Joint Stipulation of Dismissal (the "Stipulation") filed by Plaintiff mCom ("Plaintiff") and Defendant Sofi Technologies, Inc. ("Defendant") (collectively, the "Parties"). (Dkt. No. 46). In the Stipulation, the Parties stipulate to dismissal of Plaintiff's claims against Defendant with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (*Id.* at 1).

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that Plaintiff's claims against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE** and Defendant's counterclaims against Plaintiff are **DISMISSED WITHOUT PREJUDICE**.[1] Each party shall bear its own costs and fees. All pending requests for relief in the

---

[1] In the Stipulation, the Parties do not refer to Defendant's counterclaims for declaratory judgment of non-infringement and invalidity of the asserted patent (U.S. Patent No. 8,862,508). However, the Court notes that the Parties previously represented that they had "reached a settlement of all matters in controversy," which would include Defendant's counterclaims. (Dkt. No. 44 at 1). Accordingly, and because the Parties did not specify that these counterclaims should be dismissed with prejudice, the Court understands the Parties to have intended for the counterclaims to be dismissed without prejudice.

above-captioned case not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 1st day of March, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE